**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Carl Anthony SMITH, Defendant–
Appellant.**

**No. 03–6600.**

United States Court of Appeals,
Fourth Circuit.

Submitted July 2, 2003.

Decided July 17, 2003.

Carl Anthony Smith, Appellant Pro Se. John Staige Davis, V, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before WILKINSON, WILLIAMS, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Carl Anthony Smith appeals the district court's order denying his motion for a reduction in sentence pursuant to 18 U.S.C. § 3582(c) (2000). We have reviewed the record and find no reversible error. In addition to the reasoning of the district court, *see United States v. Smith,* No. CR–94–1 (E.D.Va. Apr. 1, 2003), we further find that Amendment 640 to U.S.S.G. § 2D1.1(a)(3) is a substantive amendment and that the Sentencing Commission did not intend that it be retroactively applied. Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*